**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Elva Mae Rutgers                      CHAPTER 13
         Richard Anthony Rutgers

                                               BKY. NO. 19-17402 ELF

                Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 and index same on the master mailing list.

                                              Respectfully submitted,
                                              **/s/ Rebecca A. Solarz Esquire**
                                              Rebecca A Solarz, Esquire
                                              Kevin G. McDonald, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322