Certificate Number: 14424-PAE-DE-034050135

Bankruptcy Case Number: 19-17402



14424-PAE-DE-034050135

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 3, 2020, at 2:28 o'clock PM EST, Richard A Rutgers completed a course on personal financial management given by internet by Financial Education Services, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 5, 2020                By:    /s/Mabelyn  Ramirez

Name:  Mabelyn  Ramirez

Title:   Instructor