UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Richard Anthony Rutgers<br>    Elva Mae Rutgers<br><br>                 Debtors | Chapter 13<br>Bankruptcy No.19-17402-PMM |

### CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 6th day of May, 2020, by first class mail upon those listed below:

Richard Anthony Rutgers
Elva Mae Rutgers
5120 Curly Horse Drive
Center Valley, PA  18034

**Electronically via CM/ECF System Only:**

KEVIN K KERCHER ESQ
881 THIRD STREET
SUITE C-2
WHITEHALL, PA  18052

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee