Americredit Financial Services, Inc. dba GM
Financial
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                   Bky. No. 19-17402-ELF-13

RICHARD A. RUTGERS and ELVA M. RUTGERS                                    Chapter 13

     Debtor(s)

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

     Comes now, Americredit Financial Services, Inc. dba GM Financial, a creditor in the above-captioned case, and files this Withdrawal of Proof of Claim for the claim filed in the above-styled and numbered case on December 30, 2019

                     Respectfully submitted,

                     /s/ Mandy Youngblood
                     Americredit Financial Services, Inc. dba GM
                     Financial
                     P. O. Box 183853
                     Arlington, TX 76096
                     (877) 203-5538

## CERTIFICATE OF SERVICE

I hereby certify that on this 7/8/2020, a true and correct copy of the Notice of Withdrawal of Proof of Claim was electronically served using CM/ECF system, namely Scott Waterman, and KEVIN K KERCHER.

Further, I certify that on 7/8/2020, copies of the Notice of Withdrawal of Proof of Claim were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

/s/ Mandy Youngblood

RICHARD A. RUTGERS
ELVA M. RUTGERS
5120 CURLY HORSE DR
CENTER VALLEY, PA  18034

KEVIN K KERCHER
881 3RD ST, STE C-2
WHITEHALL, PA  18052

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

US Trustee