Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 19-17402-PMM**

Richard Anthony Rutgers  
Elva Mae Rutgers  
5120 Curly Horse Drive  
Center Valley  PA    18034

Petition Filed Date: 11/26/2019  
341 Hearing Date: 02/11/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $1,000.00 | | 01/29/2020 | $1,000.00 | | 03/02/2020 | $1,000.00 | |
| 03/30/2020 | $1,000.00 | | 05/11/2020 | $1,000.00 | | 06/05/2020 | $1,000.00 | |
| 07/06/2020 | $1,000.00 | | | | | | | |

**Total Receipts for the Period: $7,000.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $7,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Richard Anthony Rutgers | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,000.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,000.00 |
| Paid to Trustee: | $648.00 | Total Plan Base: | $60,000.00 |
| Funds on Hand: | $6,352.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.