UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| | |
|---|---|
| IN RE:<br>    Richard Anthony Rutgers<br>    Elva Mae Rutgers<br><br>DEBTORS. | CHAPTER 13<br><br>CASE NO.: 19-17402-pmm<br><br>HEARING DATE: September 10, 2020<br>TIME: 11:00am<br>LOCATION: Courtroom #1 |

### CERTIFICATION OF NO RESPONSE

TO THE HONORABLE PATRICIA M. MAYER, UNITED STATES BANKRUPTCY JUDGE

I, Angela. C. Pattision, of the law firm of Hill Wallack LLP, do hereby certify that:

1. On August 13, 2020, Hill Wallack LLP ("Hill Wallack"), counsel to Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 ("Movant"), filed a Motion to approve Loan Modification [Docket No.: 36] in the above entitled matter.

2. On August 13, 2020, a copy of the Motion was served upon the appropriate parties in interest as more fully set forth in the Service List filed with the Motion.

3. The time to answer or otherwise respond to the Motion has expired.

4. No answer, objection or other responsive pleading has been received by counsel to the Movant. A review of the Court Docket reflects that no answer, objection or other responsive pleading has been filed of record as of the date of this Certification.

WHEREFORE, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1, hereby respectfully request that this Court enter an Order approving the Motion.

{08176136; 1}

        /s Angela. C. Pattison

        Angela C. Pattison, Esquire
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
(215)579-7700
(215)579-9248 (Fax)
apattison@hillwallack.com

Dated: August 31, 2020