# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (READING)

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Richard Anthony Rutgers**<br>**Elva Mae Rutgers**<br>   **Debtor** | CASE NO.: 19-17402-pmm<br><br>HEARING DATE: 09/10/2020<br><br>HEARING TIME: 11:00am |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of (i) **Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1** Certification of No Response in the manner indicated below:

**Richard Anthony Rutgers**
5120 Curly Horse Dr
Center Valley, PA 18034
Debtor
Via Regular Mail

**Elva Mae Rutgers**
5120 Curly Horse Dr
Center Valley, PA 18034
Joint Debtor
Via Regular Mail

**Kevin K. Kercher, Esquire**
Law Office of Kevin K. Kercher, Esq, P.C.
881 Third Street, Suite C-2
Whitehall, PA 18052
Debtor's Counsel
Via ECF

**Scott F. Waterman**
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
Chapter 13 Trustee
Via ECF

**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
U.S. Trustee
Via ECF

Date: August 31, 2020

By: /s/ Angela C. Pattison, Esq.
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Telephone 215-579-7700
Facsimile 215-579-9248
Email: apattison@hillwallack.com

{Y0602217; 1}