UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| | |
|---|---|
| IN RE: <br><br> **Richard Anthony Rutgers** <br> **Elva Mae Rutgers** <br>    **Debtor** | CHAPTER 13 <br><br> CASE NO.: 19-17402-pmm <br><br> HEARING DATE: 09/10/2020 <br><br> HEARING TIME: 11:00am |

### ORDER APPROVING LOAN MODIFICATION

AND NOW, this  11th  day of  September , 2020, upon the Motion of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 ("Movant") for approval of the Loan Modification offered, it is

ORDERED THAT: the offered Loan Modification is approved as to the Mortgaged Premises located at 5120 Curly Horse Dr., Center Valley, PA 18034 (the "Mortgaged Premises");

ORDERED THAT: The loan modification approved by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

*Patricia M. Mayer*
_____
**Patricia M. Mayer, USBJ**

{Y0602217; 1}