United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard Anthony Rutgers  
Elva Mae Rutgers  
       Debtors

Case No. 19-17402-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: DonnaR     Page 1 of 1     Date Rcvd: Sep 11, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.  
db/jdb        +Richard Anthony Rutgers,    Elva Mae Rutgers,    5120 Curly Horse Drive,    Center Valley, PA 18034-8780

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:
       KEVIN K. KERCHER    on behalf of Debtor Richard Anthony Rutgers kevinkk@kercherlaw.com, kevin@kercherlaw.com  
       KEVIN K. KERCHER    on behalf of Joint Debtor Elva Mae Rutgers kevinkk@kercherlaw.com, kevin@kercherlaw.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bkgroup@kmllawgroup.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                             TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Richard Anthony Rutgers** | CASE NO.: 19-17402-pmm |
| **Elva Mae Rutgers** | |
| Debtor | HEARING DATE: 09/10/2020 |
| | HEARING TIME: 11:00am |

**ORDER APPROVING LOAN MODIFICATION**

AND NOW, this  11th  day of  September , 2020, upon the Motion of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 ("Movant") for approval of the Loan Modification offered, it is

ORDERED THAT: the offered Loan Modification is approved as to the Mortgaged Premises located at 5120 Curly Horse Dr., Center Valley, PA 18034 (the "Mortgaged Premises");

ORDERED THAT: The loan modification approved by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

_____
**Patricia M. Mayer, USBJ**

{Y0602217; 1}