**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)**

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| **Richard Anthony Rutgers** | |
| **Elva Mae Rutgers** | CASE NO.: 19-17402-pmm |
| Debtors | |
| | RELATED DOCUMENT: Claim #10 |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM**

A Proof of Claim #10, having been filed in this action by Fay Servicing, LLC ("Movant"), by and through its counsel, Hill Wallack, LLP.,

**PLEASE TAKE NOTICE** that the Movant hereby voluntarily withdraws the Proof of Claim.

　　　　　　　　　　　　　　　　　　　HILL WALLACK, LLP

　　　　　　　　　　　　　　　　　　　By: */s/ Angela C. Pattison*
　　　　　　　　　　　　　　　　　　　　Angela C. Pattison, Esquire
　　　　　　　　　　　　　　　　　　　　Hill Wallack, LLP
　　　　　　　　　　　　　　　　　　　　777 Township Line Road, Suite 250
　　　　　　　　　　　　　　　　　　　　Yardley, PA 19067
　　　　　　　　　　　　　　　　　　　　Tel. 215-579-7700
　　　　　　　　　　　　　　　　　　　　Facsimile 215-579-9248
　　　　　　　　　　　　　　　　　　　　Email: apattison@hillwallack.com

Dated:  October 12, 2020

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### (READING)

IN RE:
**Richard Anthony Rutgers**
**Elva Mae Rutgers**
    Debtors

CHAPTER 13

CASE NO.: 19-17402-pmm

RELATED DOCUMENT: Claim #10

## **CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of the Praecipe to Withdraw Proof of Claim in the manner indicated below:

**Richard Anthony Rutgers**
5120 Curly Horse Dr
Center Valley, PA 18034
Debtor
Via Regular Mail

**Elva Mae Rutgers**
5120 Curly Horse Dr
Center Valley, PA 18034
Joint Debtor
Via Regular Mail

**Kevin K. Kercher, Esquire**
Law Office of Kevin K. Kercher, Esq, P.C.
881 Third Street, Suite C-2
Whitehall, PA 18052
Debtor's Counsel
Via ECF

**Scott F. Waterman**
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
Chapter 13 Trustee
Via ECF

**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
U.S. Trustee
Via ECF

Date: October 12, 2020

By: /s/ Angela C. Pattison, Esq.
Angela C. Pattison, Esq.,
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Telephone 215-579-7700
Facsimile 215-579-9248
Email: apattison@hillwallack.com