**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| IN RE: <br><br>**Richard Anthony Rutgers** <br> **Elva Mae Rutgers** <br> Debtors | CHAPTER 13 <br><br> CASE NO.: 19-17402-pmm <br><br> RELATED DOCUMENT: #25 |

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

An Objection to Confirmation, having been filed in this action by Fay Servicing, LLC ("Movant"), by and through its previous counsel, KML Law Group, P.C., on February 20, 2020, which was docketed as Document Number 25.

**PLEASE TAKE NOTICE** that the Movant hereby voluntarily withdraws the Objection to Confirmation.

HILL WALLACK, LLP

By: */s/ Angela C. Pattison*
Angela C. Pattison, Esquire
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
Tel. 856-616-8086
Facsimile 856-616-8081
Email: apattison@hillwallack.com

Dated: November 3, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| | |
|---|---|
| IN RE:<br>**Richard Anthony Rutgers**<br>**Elva Mae Rutgers**<br>        Debtors | CHAPTER 13<br><br>CASE NO.: 19-17402-pmm<br><br>RELATED DOCUMENT: 25 |

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of the Praecipe to Withdraw Objection to Confirmation in the manner indicated below:

**Richard Anthony Rutgers**
5120 Curly Horse Dr
Center Valley, PA 18034
Debtor
Via Regular Mail

**Elva Mae Rutgers**
5120 Curly Horse Dr
Center Valley, PA 18034
Joint Debtor
Via Regular Mail

**Kevin K. Kercher, Esquire**
Law Office of Kevin K. Kercher, Esq, P.C.
881 Third Street, Suite C-2
Whitehall, PA 18052
Debtor's Counsel
Via ECF

**Scott F. Waterman**
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606
Chapter 13 Trustee
Via ECF

**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
U.S. Trustee
Via ECF

|  |  |
|---|---|
| Date: November 3, 2020 | By: /s/ Angela C. Pattison, Esq.<br>Angela C. Pattison, Esq.,<br>Hill Wallack, LLP<br>1415 Route 70 East, Suite 309<br>Cherry Hill, NJ 08034<br>Tel. 856-616-8086<br>Facsimile 856-616-8081<br>Email: apattison@hillwallack.com |