UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **RICHARD ANTHONY RUTGERS and** | : | **CHAPTER 13** |
| **ELVA MAE RUTGERS,** | : | |
| | : | |
| **Debtors** | : | **BKRTCY. NO. 19-17402 pmm** |

### ORDER

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses filed by Kevin K. Kercher, Esquire, Attorney for Debtors (the "Application") and upon the certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,625.00, and expenses are approved in the amount of $310.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $2,000.00 which was paid by the Debtor prepetition.

Dated: 1/4/21

**BY THE COURT:**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**