| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-17402-PMM

Richard Anthony Rutgers
Elva Mae Rutgers
5120 Curly Horse Drive
Center Valley  PA     18034

Petition Filed Date: 11/26/2019
341 Hearing Date: 02/11/2020
Confirmation Date: 11/05/2020

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $1,000.00 | | 01/29/2020 | $1,000.00 | | 03/02/2020 | $1,000.00 | |
| 03/30/2020 | $1,000.00 | | 05/11/2020 | $1,000.00 | | 06/05/2020 | $1,000.00 | |
| 07/06/2020 | $1,000.00 | | 09/30/2020 | $2,000.00 | | 10/26/2020 | $1,000.00 | |
| 01/05/2021 | $1,000.00 | | 02/23/2021 | $1,000.00 | | 02/25/2021 | $1,000.00 | |
| 03/05/2021 | $1,000.00 | | 03/22/2021 | $1,000.00 | | 04/23/2021 | $1,000.00 | |
| 06/08/2021 | $1,000.00 | | | | | | | |

**Total Receipts for the Period: $17,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,000.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,935.00 | $1,935.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP<br>»» 001 | Unsecured Creditors | $119.39 | $0.00 | $119.39 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $1,245.06 | $0.00 | $1,245.06 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $1,005.24 | $0.00 | $1,005.24 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $1,109.56 | $0.00 | $1,109.56 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $897.46 | $0.00 | $897.46 |
| 7 | CACH, LLC<br>»» 007 | Unsecured Creditors | $5,244.60 | $0.00 | $5,244.60 |
| 8 | FAY SERVICING LLC<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 09P | Priority Crediors | $51,263.55 | $12,727.00 | $38,536.55 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 09U | Unsecured Creditors | $39,652.87 | $0.00 | $39,652.87 |
| 11 | FAY SERVICING LLC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17402-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,000.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $14,662.00 | Arrearages: | $1,000.00 |
| Paid to Trustee: | $1,438.00 | Total Plan Base: | $60,000.00 |
| Funds on Hand: | $900.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.