UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(READING)

| | |
|---|---|
| IN RE:<br>**Richard Anthony Rutgers**<br>**Elva Mae Rutgers**<br>Debtors | CHAPTER 13<br><br>CASE NO.: **19-17402-pmm** |

### ORDER APPROVING THE STIPULATION RESOLVING THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, this __6th__ day of __July__, 2021, it is hereby ORDERED that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

BY THE COURT:

*Patricia M. Mayer*
_____
Patricia M. Mayer
United States Bankruptcy Judge

Case Administrator to mail:

Cc:    Scott F. Waterman., Chapter 13 Trustee
       Debtors: Richard and Elva Rutgers at 5120 Curly Horse Drive, Center Valley, PA 18034
       Counsel for Debtor: Kevin K. Kercher, Esquire,
       Counsel for Movant: Angela C. Pattison, Esquire