*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Richard Anthony Rutgers and
Elva Mae Rutgers
       Debtor(s)

Case No: 19–17402–pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Resolving the Motion for Relief re property 5120 Curly Horse Drive, Center Valley, PA 18034 Filed by ANGELA CATHERINE PATTISON on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016–1

on: 3/10/22

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  2/22/22

Timothy B. McGrath
Clerk of Court

75 – 72
Form 167