# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:  Richard A. and** | : | **Chapter 13** |
| **Elva M. Rutgers,** | : | |
| | : | **Case No.   19-17402 (PMM)** |
| | : | |
| **Debtors.** | : | |

# O R D E R

**AND NOW**, upon consideration of Wilmington Trust, National Association's Certification of Default ("the Certification") (doc. # 72), and the Response thereto (doc. # 74);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **July 22, 2022** the parties shall either file the Stipulation or file a notice relisting the Certification for hearing.

2. Failure to comply timely with Paragraph 1 above may result in denial of the relief sought in the Certification without further notice or hearing.

*Patricia M. Mayer*

**Date:  6/23/22**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**