# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (READING)

| | |
|---|---|
| IN RE:<br>**Richard Anthony Rutgers**<br>**Elva Mae Rutgers**<br>    Debtors | CHAPTER 13<br><br>CASE NO.: **19-17402-pmm** |

### ORDER APPROVING THE STIPULATION RESOLVING THE CERTIFICATION OF DEFAULT

**AND NOW**, this  4th  day of   August   , 2022, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

**BY THE COURT:**

_____
**Patricia M. Mayer**
**United States Bankruptcy Judge**