| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 19-17402-PMM**

Richard Anthony Rutgers
Elva Mae Rutgers
5120 Curly Horse Drive
Center Valley  PA      18034

Petition Filed Date: 11/26/2019
341 Hearing Date: 02/11/2020
Confirmation Date: 11/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/23/2021 | $1,000.00 | | 06/08/2021 | $1,000.00 | | 07/09/2021 | $1,000.00 | |
| 08/06/2021 | $1,000.00 | | 09/08/2021 | $1,000.00 | | 10/08/2021 | $1,000.00 | |
| 11/05/2021 | $1,000.00 | | 12/07/2021 | $1,000.00 | | 02/07/2022 | $1,000.00 | |
| 02/23/2022 | $1,000.00 | | 03/22/2022 | $2,000.00 | | 04/07/2022 | $1,000.00 | |
| 04/25/2022 | $1,000.00 | | 07/21/2022 | $1,000.00 | | | | |

**Total Receipts for the Period:  $15,000.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $30,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,935.00 | $1,935.00 | $0.00 |
| 1 | AMERICAN INFOSOURCE LP »» 001 | Unsecured Creditors | $119.39 | $0.00 | $119.39 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $1,245.06 | $0.00 | $1,245.06 |
| 3 | AMERICREDIT FINANCIAL SERVICES »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $1,005.24 | $0.00 | $1,005.24 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $1,109.56 | $0.00 | $1,109.56 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $897.46 | $0.00 | $897.46 |
| 7 | CACH, LLC »» 007 | Unsecured Creditors | $5,244.60 | $0.00 | $5,244.60 |
| 8 | FAY SERVICING LLC »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) »» 09P | Priority Crediors | $51,263.55 | $25,527.00 | $25,736.55 |
| 10 | UNITED STATES TREASURY (IRS) »» 09U | Unsecured Creditors | $39,652.87 | $0.00 | $39,652.87 |
| 11 | FAY SERVICING LLC »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17402-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,000.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $27,462.00 | Arrearages: | $2,000.00 |
| Paid to Trustee: | $2,538.00 | Total Plan Base: | $60,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.