United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Richard Anthony Rutgers  
Elva Mae Rutgers  
    Debtors

Case No. 19-17402-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Nov 03, 2022     Form ID: 167     Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Anthony Rutgers, Elva Mae Rutgers, 5120 Curly Horse Drive, Center Valley, PA 18034-8780 |
| 14573852 | + | Kevin K. Kercher, Esquire, Law Office of Kevin Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052-5930 |
| 14431127 | | Milstead & Associates, LLC, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 14431129 | | Wells Fargo Home Mortgage, P.O. Box 10392, Des Moines, IA 50306-0392 |
| 14456831 | | Wilmington Trust, NA, Fay Servicing, LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 14443168 | + | Wilmington Trust, National Association, CO Rebecca Ann Solarz, KML Law Group, P.C., 701 Market St, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2022 00:13:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| 14440707 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2022 00:13:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 14455574 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2022 00:25:48 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14444994 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 04 2022 00:25:29 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14431125 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 04 2022 00:13:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14431126 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2022 00:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14447066 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2022 00:25:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14431128 | ## | One Main Financial, 2110 W Union Blvd, Bethlehem, PA 18018-2011 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANGELA CATHERINE PATTISON | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 apattison@hillwallack.com, apattison@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016-1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KEVIN K. KERCHER | on behalf of Debtor Richard Anthony Rutgers kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Elva Mae Rutgers kevinkk@kercherlaw.com  kevin@kercherlaw.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Richard Anthony Rutgers and
Elva Mae Rutgers
    Debtor(s)

Case No: 19−17402−pmm

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtors' Objection to Certification of Default filed by Creditor Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2016−1 Filed by Elva Mae Rutgers, Richard Anthony Rutgers

on: 12/1/22

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 11/3/22

Timothy B. McGrath
Clerk of Court