**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| In re:<br><br>Richard Anthony Rutgers<br>Elva Mae Rutgers<br><br>Debtors | Chapter 13<br><br>Case No.: 19-17402-pmm |

**CERTIFICATION OF NO OBJECTION**

TO THE HONORABLE PATRICIA M. MAYER, UNITED STATES
BANKRUPTCY JUDGE

I, Angela C. Pattison, Esquire, of the law firm of Hill Wallack LLP, do hereby certify that:

1. On **October 27, 2022,** Hill Wallack LLP ("Hill Wallack"), counsel to Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 ("Movant") filed a Certification of Default of Stipulation with Debtor ("Default") regarding property located at 5120 Curly Horse Drive, Center Valley, PA 18034 [Doc. # 91] in the above-entitled matter.

2. On **October 27, 2022**, a copy of the Default was served upon the appropriate parties in interest as more fully set forth in the Service List filed with the Default.

3. On **November 2, 2022**, the Debtors, via their counsel, filed an Objection to Default [doc # 92] and this court scheduled a hearing in this matter. The current hearing date is **March 2, 2023**.

4. On **February 26, 2023**, the Debtors, via counsel, filed a Praecipe to Withdraw Debtor's Objection to Default [doc # 103].

5. Accordingly, Movant's Default should no longer be treated as a contested matter.

**WHEREFORE**, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1, hereby respectfully requests that this Court enter an Order Granting Relief

From Stay.

    Date: February 27, 2023

By: /s/ Angela C. Pattison
Angela C. Pattison, Esq.,
Attorney ID 307611
Hill Wallack, LLP
1415 Route 70 East, Suite 309
Cherry Hill, NJ 08034
856-616-8086
(856)616-8081 (FAX)
Email: apattison@hillwallack.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| In re:<br><br>Richard Anthony Rutgers<br>Elva Mae Rutgers<br><br>      Debtors | Chapter 13<br><br>Case No.: 19-17402-pmm |

**CERTIFICATE OF SERVICE**

I hereby certify that service was made upon all interested parties, indicated below of Certification of No Objection to Certification of Default of Stipulation with Debtor of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 in the manner indicated below:

| | |
|---|---|
| Richard Anthony Rutgers<br>5120 Curly Horse Drive<br>Center Valley, PA 18034<br>**Debtor** | Scott F. Waterman<br>2901 St Lawrence Ave,<br>Suite 100<br>Reading, PA 19606<br>**Chapter 13 Trustee** |
| Elva Mae Rutgers<br>5120 Curly Horse Drive<br>Center Valley, PA 18034<br>**Joint Debtor**<br>**Via Regular Mail** | Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106<br>**United States Trustee** |
| KEVIN K. KERCHER<br>Law Office of Kevin K. Kercher,<br>Esq, PC<br>881 Third Street<br>Suite C-2<br>Whitehall, PA 18052<br>**Debtor's Attorney** | |

Date: February 27, 2023          By: /s/ Angela C. Pattison, Esq.