**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**(READING)**

| | |
|---|---|
| In re: | Chapter 13 |
| Richard Anthony Rutgers<br>Elva Mae Rutgers | Case No.: 19-17402-pmm |
| Debtor | |

**ORDER FOR RELIEF**

AND NOW, this <u>27th</u> day of <u>February</u>, upon the Motion of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee of MFRA Trust 2016-1 ("Movant"), and after Notice of Default and the filing of a Certification of Default, it is,

ORDERED AND DECREED THAT: The automatic stay of all proceedings, as provided by 11 U.S.C. § 362(a) is modified with respect to premises, 5120 Curly Horse Drive, Center Valley, PA 18034 as more fully set forth in the legal description attached to said mortgage, to allow the Movant to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions may include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; and it is further;

ORDERED AND DECREED THAT: Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_/s/ Patricia M. Mayer_
Judge Patricia M. Mayer, U.S.B.J.

Dated: 2/27/23