| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 19-17402-PMM**

Richard Anthony Rutgers
Elva Mae Rutgers
5120 Curly Horse Drive
Center Valley  PA     18034

Petition Filed Date: 11/26/2019
341 Hearing Date: 02/11/2020
Confirmation Date: 11/05/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $1,000.00 | | 09/23/2022 | $1,000.00 | | 11/28/2022 | $1,000.00 | |
| 12/07/2022 | $1,000.00 | | 12/21/2022 | $1,000.00 | | 01/09/2023 | $1,000.00 | |
| 02/03/2023 | $1,000.00 | | 02/21/2023 | $1,000.00 | | 06/21/2023 | $1,000.00 | |
| 07/07/2023 | $2,000.00 | | | | | | | |

**Total Receipts for the Period: $11,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $41,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,935.00 | $1,935.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA<br>»»  001 | Unsecured Creditors | $119.39 | $0.00 | $119.39 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»»  002 | Unsecured Creditors | $1,245.06 | $0.00 | $1,245.06 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»»  003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $1,005.24 | $0.00 | $1,005.24 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $1,109.56 | $0.00 | $1,109.56 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $897.46 | $0.00 | $897.46 |
| 7 | CACH, LLC<br>»»  007 | Unsecured Creditors | $5,244.60 | $0.00 | $5,244.60 |
| 8 | FAY SERVICING LLC<br>»»  008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»»  09P | Priority Crediors | $51,263.55 | $35,617.00 | $15,646.55 |
| 10 | UNITED STATES TREASURY (IRS)<br>»»  09U | Unsecured Creditors | $39,652.87 | $0.00 | $39,652.87 |
| 11 | FAY SERVICING LLC<br>»»  010 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17402-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,000.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $37,552.00 | Arrearages: | $3,000.00 |
| Paid to Trustee: | $3,448.00 | Total Plan Base: | $60,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more  information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.