Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
Chapter 13 Case No. 19-17402-PMM

Richard Anthony Rutgers  
Elva Mae Rutgers  
5120 Curly Horse Drive  
Center Valley  PA    18034

Petition Filed Date: 11/26/2019  
341 Hearing Date: 02/11/2020  
Confirmation Date: 11/05/2020

Case Status: Completed on 7/22/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/20/2023 | $3,000.00 | | 10/06/2023 | $1,000.00 | | 11/02/2023 | $1,000.00 | |
| 11/22/2023 | $1,000.00 | | 01/22/2024 | $2,000.00 | | 03/06/2024 | $1,000.00 | |
| 04/19/2024 | $1,000.00 | | 05/24/2024 | $2,000.00 | | 07/03/2024 | $6,000.00 | |
| 07/22/2024 | $1,000.00 | | | | | | | |

**Total Receipts for the Period:  $19,000.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $61,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $1,935.00 | $1,935.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $119.39 | $3.59 | $115.80 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $1,245.06 | $37.48 | $1,207.58 |
| 3 | AMERICREDIT FINANCIAL SERVICES »» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $1,005.24 | $30.26 | $974.98 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES »» 005 | Unsecured Creditors | $1,109.56 | $33.41 | $1,076.15 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $897.46 | $27.02 | $870.44 |
| 7 | CACH, LLC »» 007 | Unsecured Creditors | $5,244.60 | $157.89 | $5,086.71 |
| 8 | FAY SERVICING LLC »» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) »» 09P | Priority Crediors | $51,263.55 | $51,263.55 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS) »» 09U | Unsecured Creditors | $39,652.87 | $1,193.80 | $38,459.07 |
| 11 | FAY SERVICING LLC »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | ONE MAIN FINANCIAL | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-17402-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $61,000.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $54,682.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,418.00 | Total Plan Base: | $60,000.00 |
| Funds on Hand: | $900.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.